UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:17-cr-0253-J-20MCR

SAUVIAR ADDORINN WRIGHT
_____/

## ORDER

**THIS CAUSE** is before the Court for consideration of the "Report and Recommendation" of Magistrate Judge Joel B. Toomey (Dkt. 47), on Defendant's "Motion to Suppress Evidence From Hotel Room" (Dkt. 32). After review of the Report and Recommendation and the Objections (Dkt. 50) and Response (Dkt. 51) thereto, the Court enters the following order.

Defendant's motion was referred to Judge Toomey, who held an evidentiary hearing on the motion on June 27, 2018. On July 25, 2018, Judge Toomey submitted a Report and Recommendation, which concluded that Defendant's Motion should be denied. (Dkt. 47). Defendant submitted his objections to the Report and Recommendation on August 6, 2018. (Dkt. 50). On August 8, 2018, the United States filed its Response to Defendant's Objections. (Dkt. 51). Accordingly, this matter is ripe for resolution.

In accordance with Rule 59(b) of the Federal Rules of Criminal Procedure, the Court has reviewed the Report and Recommendation *de novo*. *See United States v. Garcia*, 853 F. Supp. 2d 1177, 1180 (M.D. Fla. 2011). Upon review of the parties' filings and the transcript of the evidentiary hearing, the Court accepts the Magistrate Judge's credibility findings and agrees with his findings of fact and conclusions of law. *See United States v. Powell*, 628 F.3d 1254, 1257 (11th Cir. 2010) (noting that a district judge may either accept the magistrate judge's findings regarding

credibility after reading the record or come to an independent decision after hearing the testimony in person). The Court finds that the Magistrate Judge's Report & Recommendation is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b).

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's "Report and Recommendation" (Dkt. 47) is **ADOPTED**;

2. Defendant's Objections (Dkt. 50) are **OVERRULED**;

3. Defendant's "Motion to Suppress Evidence From Hotel Room" (Dkt. 32) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of August, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Patrick Kane Korody, Esq.
Ashley Washington, AUSA